

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-463-GKF |
| **Plaintiff,** | **SUPERSEDING INDICTMENT** [COUNTS ONE, THREE, FIVE, SEVEN, NINE, ELEVEN, THIRTEEN, FIFTEEN, SEVENTEEN, AND NINETEEN: 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) – Threatening to Assault and Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, and Retaliate; COUNTS TWO, FOUR, SIX, EIGHT, TEN, TWELVE, FOURTEEN, SIXTEEN, EIGHTEEN, AND TWENTY: 18 U.S.C. § 875(c) – Interstate Communication with a Threat to Injure] |
| v. | |
| LOGAN CHRISTOPHER MURFIN, a/k/a "Azulenq," | |
| **Defendant.** | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about October 18, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "Need too start shooting these 'just following

orders' pigs. Ice agents are reenacting ww2 nazi germany and its not acceptable. Only good ice terrorist is buried 6 feet under."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT TWO
### [18 U.S.C. § 875(c)]

On or about October 18, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "Need too start shooting these 'just following orders' pigs. Ice agents are reenacting ww2 nazi germany and its not acceptable. Only good ice terrorist is buried 6 feet under."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about October 17, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "Every ICE agent needs shot between the eyes 'just following orders' isnt acceptable and they already exposed they are human garbage."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

4

## COUNT FOUR
### [18 U.S.C. § 875(c)]

On or about October 17, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "Every ICE agent needs shot between the eyes 'just following orders' isnt acceptable and they already exposed they are human garbage."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about October 17, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "Every Ice gestapo needs too be shot. 2nd amendment right too carry everyone should stay armed and when these terrorists come by just kill them. They dont deserve too live after 'just following orders' we aren't reliving ww2 germany. They dont want due process so show em."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT SIX
### [18 U.S.C. § 875(c)]

On or about October 17, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "Every Ice gestapo needs too be shot. 2nd amendment right too carry everyone should stay armed and when these terrorists come by just kill them. They dont deserve too live after 'just following orders' we aren't reliving ww2 germany. They dont want due process so show em."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT SEVEN
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about September 28, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "but we as US citizens should be gunning down these domestic terrorists. All ice gestapo can not use the 'just following orders' excuse. If you're complicit in this act you've gotta be executed for this act."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

8

## COUNT EIGHT
### [18 U.S.C. § 875(c)]

On or about September 28, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "but we as US citizens should be gunning down these domestic terrorists. All ice gestapo can not use the 'just following orders' excuse. If you're complicit in this act you've gotta be executed for this act."

All in violation of Title 18, United States Code, Section 875(c).

9

## COUNT NINE
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about July 3, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "Yeah ICE agents need to get shot in a 3,959 mile radius no where safe for gestapo pigs."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT TEN
### [18 U.S.C. § 875(c)]

On or about July 3, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq", knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "Yeah ICE agents need to get shot in a 3,959 mile radius no where safe for gestapo pigs."

All in violation of Title 18, United States Code, Section 875(c).

11

## COUNT ELEVEN
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about October 26, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "Think all ICE gestapo need too be executed. Following orders isn't gonna fly as an excuse were not going to remake 1940's germany."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT TWELVE
### [18 U.S.C. § 875(c)]

On or about October 26, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "Think all ICE gestapo need too be executed. Following orders isn't gonna fly as an excuse were not going to remake 1940's germany."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT THIRTEEN
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about October 24, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "Every ice gestapo needs too be executed."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

14

## COUNT FOURTEEN
### [18 U.S.C. § 875(c)]

On or about October 24, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "Every ice gestapo needs too be executed."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT FIFTEEN
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about September 28, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "ice gestapo agents need to either be executed publicy. "just following orders" is not a valid excuse in modern days."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT SIXTEEN
### [18 U.S.C. § 875(c)]

On or about September 28, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "ice gestapo agents need to either be executed publicy. "just following orders" is not a valid excuse in modern days."

All in violation of Title 18, United States Code, Section 875(c).

17

## COUNT SEVENTEEN
**[18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]**

On or about September 28, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "These gestapo agents need to be executed following orders isnt an excuse in modern days."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

18

## COUNT EIGHTEEN
### [18 U.S.C. § 875(c)]

On or about September 28, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "These gestapo agents need to be executed following orders isnt an excuse in modern days."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT NINETEEN
### [18 U.S.C. § 115(a)(1)(B) and 115(b)(4)]

On or about September 20, 2025, within the Northern District of Oklahoma and elsewhere, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq," knowingly threatened to assault and murder federal law enforcement officers with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties, specifically, **MURFIN** posted to his social media account: "Anyone in ICE should be executed no bargaining with terrorists."

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT TWENTY
### [18 U.S.C. § 875(c)]

On or about September 20, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **LOGAN CHRISTOPHER MURFIN**, a/k/a "Azulenq", knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to and injure federal law enforcement officers, specifically, **MURFIN** posted to his social media account: "Anyone in ICE should be executed no bargaining with terrorists."

All in violation of Title 18, United States Code, Section 875(c).


CLINTON J. JOHNSON
United States Attorney

A TRUE BILL


_____
STEPHEN N. SCAIFE
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson

21