## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-CR-463-JCG |
| | ) | |
| LOGAN CHRISTOPHER MURFIN, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

We, the jury, being duly sworn and upon our oaths, find the defendant, Logan Christopher Murfin:

As to Count One of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____          Guilty _____ X _____

As to Count Two of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____          Guilty _____ X _____

As to Count Three of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____          Guilty _____ X _____

As to Count Four of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ Guilty _____ X _____

As to Count Five of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____ Guilty _____ X _____

As to Count Six of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ Guilty _____ X _____

As to Count Seven of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____ Guilty _____ X _____

As to Count Eight of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ Guilty _____ X _____

As to Count Nine of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____ X _____ Guilty _____

As to Count Ten of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ X _____          Guilty _____

As to Count Eleven of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____ X _____          Guilty _____

As to Count Twelve of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ X _____          Guilty _____

As to Count Thirteen of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____ X _____          Guilty _____

As to Count Fourteen of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ X _____          Guilty _____

As to Count Fifteen of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____          Guilty _____ X _____

As to Count Sixteen of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____          Guilty _____ X _____

As to Count Seventeen of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____ X _____          Guilty _____

As to Count Eighteen of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ X _____          Guilty _____

As to Count Nineteen of the Superseding Indictment, Threatening to Assault or Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, or Retaliate:

Not Guilty _____ X _____          Guilty _____

As to Count Twenty of the Superseding Indictment, Interstate Communication with a Threat to Injure:

Not Guilty _____ X _____          Guilty _____

**REDACTED**

FOREPERSON

April 24th 2026
DATE  **REDACTED**