AO 245B    (Rev. 10/17) Judgment in a Criminal Case
　　　　　　Acquittal

# UNITED STATES DISTRICT COURT

Northern District of Oklahoma

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br><br>Logan Christopher Murfin<br>a/k/a "Azulenq," | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:　　4:25CR00463–1-JCG<br><br>USM Number:　　30034-512<br><br>Robert Allen Ridenour and Jason Daniel Lollman<br>Defendant's Attorney |

## JUDGMENT OF ACQUITTAL

On April 24, 2026, a jury duly empaneled and sworn found the defendant not guilty as to Counts Nine through Fourteen and Seventeen through Twenty of the Superseding Indictment.  The Court hereby enters a judgment of acquittal as to Counts Nine through Fourteen and Seventeen through Twenty of the Superseding Indictment in favor of Logan Christopher Murfin and against the government.

IT IS THEREFORE ORDERED that the defendant Logan Christopher Murfin is acquitted and discharged of Counts Nine through Fourteen and Seventeen through Twenty of the Superseding Indictment.

ENTERED in Tulsa, Oklahoma, this 24th day of April 2026.

April 24, 2026
Date of Imposition of Judgment

/s/ Jennifer Choe-Groves
Signature of Judge

Jennifer Choe-Groves, United States Judge
Name and Title of Judge

April 24, 2026
Date